**JUDGE JAMES V. SELNA**
**PRESUMPTIVE SCHEDULE OF PRETRIAL DATES**

| Matter | Time | Weeks before trial | Plaintiff's Request (Fill in specific date) | Defendant's Request (Fill in specific date) | Court Order |
|---|---|---|---|---|---|
| **Trial date (jury) (court)** **Estimated length:** _____ **days** | 8:30 a.m. (Tuesdays) | | | | |
| **[Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony** | | -1 | | | |
| **Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case** | 11:00 a.m. (Mondays) | -2 | | | |
| **Lodge Pretrial Conf. Order** **File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement** | | -3 | | | |
| **Last day for hand-serving Motions in Limine** | | -5 | | | |
| **Last day for hearing motions** | 1:30 p.m. (Mondays) | -7 | | | |
| **Last day for hand-serving motions and filing (other than Motions in Limine)** | | -11 | | | |
| **Non-expert Discovery cut-off** | | -15 | | | |

**ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE**

**L.R. 16-14 Settlement Choice:   (1) CT/USMJ     (2) Atty     (3) Outside ADR     (4) Settlement Panel**

| | | | | |
|---|---|---|---|---|
| **Expert discovery cut-off** | | | | |
| **Rebuttal Expert Witness Disclosure** | | | | |
| **Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)]** | | | | |
| **Last day to conduct Settlement Conference** | | | ▓ | ▓ |
| **Last day to amend pleadings or add parties** | | | ▓ | ▓ |

# EXHIBIT A