Ira Spiro - State Bar No. 67641
Spiro Moss LLP
11377 W. Olympic Boulevard, 5th Floor
Los Angeles, California 90064-1683
Tel. (310) 235-2468, Fax (310) 235-2456
ira@spiromoss.com

Richard J. (Rex) Burch
Bruckner Burch PLLC
1415 Louisiana Street, Suite 2125
Houston, Texas 77002
Tel. (713)877-8788,
burch@brucknerburch.com,
pro hac vice application pending

Attorneys for Plaintiff WILLIAM A. GEORGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| WILLIAM A. GEORGE, individually and on behalf of other persons similarly situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>TRS STAFFING SOLUTIONS, INC; and DOES 1 through 50,<br><br>    Defendants.<br>_____ | Case No. SACV09-835 JVS(MLGX)<br><br>CLASS ACTION<br><br>Assigned to Hon. James V. Selna<br><br>**ORDER upon PLAINTIFF'S EX PARTE APPLICATION FOR RELIEF FROM LOCAL RULE 23-3 TIME TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>[proposed] order filed concurrently |

1 | Good cause appearing, and the Court having considered Plaintiff's application for relief from Local Rule 23-3 and the parties' related stipulation, IT IS HEREBY ORDERED that the time for filing a motion for class certification in this action is extended to March 31, 2010.

Dated: September 21, 2009

_____
JAMES V. SELNA
United States District Judge