SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
RYAN D. MCCORTNEY, Cal. Bar No. 132194
rmccortney@sheppardmullin.com
RICHARD J. SIMMONS, Cal. Bar No. 72666
rsimmons@sheppardmullin.com
MATTHEW M. SONNE, Cal. Bar No. 239110
msonne@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:   714-513-5100
Facsimile:    714-513-5130

Attorneys for Defendant
TRS STAFFING SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| WILLIAM A. GEORGE, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRS STAFFING SOLUTIONS, INC; and DOES 1 through 50,<br><br>Defendants. | Case No. SACV09-835 JVS(MLGx)<br><br>Assigned to: The Hon. James V. Selna<br>Ctrm: 10C<br><br>Removal Date: July 17, 2009<br><br>**STIPULATION REGARDING FIRST AMENDED COMPLAINT** |

After meeting and conferring in response to defense counsel's letter of July 21, 2009 to Plaintiff's counsel, Plaintiff William A. George and Defendant TRS Staffing Solutions, Inc. (referred to collectively hereafter as the "Parties") hereby stipulate, by and through their respective counsel, to the following regarding the First Amended Complaint in the above-entitled action:

(1) The Parties stipulate to strike paragraph 29 of the First Amended Complaint which alleges attorneys' fees in the second cause of action for violation of Business and Professions Code §§ 17200, *et seq.*, without prejudice to Plaintiff later seeking attorneys' fees under the second cause of action at the appropriate time. Nothing in this Stipulation shall be construed as an admission by either Party as to the merits of any claim for attorneys' fees under the second cause of action. Each side reserves all rights and arguments under the law which may be asserted if and when Plaintiff makes any claim for attorneys' fees under the second cause of action.

(2) The Parties stipulate that "liquidated damages" as referenced in the Prayer for Relief on page 8, paragraph "a", is stricken from the First Amended Complaint.

IT IS SO STIPULATED.

Dated: August 13, 2009        SPIRO MOSS LLP

                              By _____
                                           IRA SPIRO
                              Attorneys for Plaintiff
                              WILLIAM A. GEORGE

Dated: August 13, 2009        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                              By _____
                                        RYAN D. MCCORTNEY
                              Attorneys for Defendant
                              TRS STAFFING SOLUTIONS, INC.