UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV09-00835-JVS (ANx) | Date | November 2, 2009 |
| Title | William A. George v. TRS Staffing Solutions, Inc., et al. | | |

Present: The Honorable   James V. Selna

| Karla Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Ira Spiro | Ryan McCortney |

**Proceedings:** Scheduling Conference

Cause called and counsel make their appearances. The Court and counsel confer. The Court sets the case management dates with the agreement of counsel as follows:

    **Jury Trial**        **November 2, 2010 at 8:30 a.m.**
      Finding of Fact and Conclusions of Law due October 25, 2010

    **PreTrial Conference**    **October 18, 2010 at 11:00 a.m.**
      File PreTrial Documents not later than October 11, 2010
      File motions in limine not later than September 27, 2010

    **Discovery Cut-off**    **July 19, 2010**

    **Expert Discovery Cut-off**    **October 10, 2010**
      Initial disclosure of Experts not later than August 2, 2010
      Rebuttal disclosure of Experts not later than September 10, 2010

    **Law and Motion Cut-off**    **September 13, 2010, at 1:30 p.m.**
    **Motions to be filed and served not later than August 16, 2010**

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-14 is mediation. The Court orders that any settlement discussions shall be completed not later than June 18, 2010. Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

          0  :  06

Initials of Preparer    ts for kjt