Ira Spiro - State Bar No. 67641
Spiro Moss LLP
11377 W. Olympic Boulevard, 5th Floor
Los Angeles, California 90064-1683
Tel. (310) 235-2468, Fax (310) 235-2456
ira@spiromoss.com

Richard J. (Rex) Burch
       pro hac vice application pending
Bruckner Burch PLLC
1415 Louisiana Street, Suite 2125
Houston, Texas 77002
Tel. (713)877-8788,
burch@brucknerburch.com,

Attorneys for Plaintiff WILLIAM A. GEORGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. GEORGE, individually and on behalf of other persons similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>TRS STAFFING SOLUTIONS, INC; and DOES 1 through 50,<br><br>        Defendants. | Case  SACV09-835 JVS (MSGx)<br><br>Assigned to Hon. James V. Selna<br><br>CLASS ACTION<br><br>**STIPULATION FOR EXTENSION OF TIME FOR FILING MOTION FOR CLASS CERTIFICATION** |

## STIPULATION RE LOCAL RULE 23-3

At the request of plaintiff, defendant TRS Staffing Solutions, Inc, and plaintiff William A. George, being all the parties of record in this case, stipulate as set forth in the numbered paragraphs below. The parties acknowledge defendant, by entering into this stipulation, does not indicate or imply that class certification should be granted. The parties stipulate that:

1. The last day for filing a motion for certification, which presently is March 31, 2010 pursuant to the Court's order of September 21, 2009, shall be extended to August 2, 2010.

2. The discovery cutoff, presently July 19. 2010, shall be extended to September 15, 2010, so that depositions can be taken of persons whose declarations are filed in connection with class certification proceedings.

Dated: February 25, 2010        Spiro Moss LLP

_____
Ira Spiro
Attorneys for Plaintiff William A. George

Dated: March 5, 2010        Sheppard, Mullin, Richter & Hampton LLP

/s/ RYAN D. MCCORTNEY
_____
Ryan D. McCortney
Attorneys for Defendant
TRS Staffing Solutions, Inc.