Ira Spiro - State Bar No. 67641
Spiro Moss LLP
11377 W. Olympic Boulevard, 5th Floor
Los Angeles, California 90064-1683
Tel. (310) 235-2468, Fax (310) 235-2456
ira@spiromoss.com

Richard J. (Rex) Burch
    pro hac vice application pending
Bruckner Burch PLLC
1415 Louisiana Street, Suite 2125
Houston, Texas 77002
Tel. (713)877-8788,
burch@brucknerburch.com,

Attorneys for Plaintiff WILLIAM A. GEORGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. GEORGE, individually and on behalf of other persons similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>TRS STAFFING SOLUTIONS, INC; and DOES 1 through 50,<br><br>        Defendants. | Case SACV09-835 JVS (MSGx)<br><br>Assigned to Hon. James V. Selna<br><br>CLASS ACTION<br><br>**DECLARATION IN SUPPORT OF EXTENSION OF TIME FOR FILING MOTION FOR CLASS CERTIFICATION AND DISCOVERY** |

## **DECLARATION OF IRA SPIRO**

I, Ira Spiro, declare as follows:

1. I am over 21 years of age, have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently with regard to those facts.

2. I am one of the lawyers representing William A. George, individually and on behalf of other persons similarly situated, in this matter. Over the past several weeks, I have discussed the status of this action with counsel for the defense, Ryan McCortney. While Mr. McCortney and I respectfully disagree with respect to many (if not most) of the issues in this case, we do agree that mediation may assist the parties in resolving their dispute.

3. The parties have agreed, therefore, to mediate this matter on April 7, 2010 before Lynn Frank of Gregorio, Haldeman, Piazza, Rotman, Frank & Feder.

4. In order to reduce expenses prior to mediation, the parties have stipulated to an extension of the deadline for class certification motions. The parties have also stipulated to an extension of the discovery deadline. This extension is to permit taking the depositions of individuals whose declarations are filed in connection with class certification proceedings.

5. These extensions will permit the parties to focus their energy on resolution of this matter. Further, the extensions will permit all parties sufficient time to complete any necessary work, as well as to file appropriate motions and responses, in the event negotiations are unsuccessful. Therefore, granting the extensions will avoid unnecessary expense and avoid prejudice to any party.

//
//
//
//
//

6. All parties are represented by experienced wage and hour counsel. The case is being mediated by an experienced wage and hour mediator. Therefore, based on my experience, I respectfully submit that granting the requested extensions is in the best interest of all involved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 3, 2010 in Los Angeles, California.

_____
Ira Spiro

---3---
Declaration in Support of Extension of Time for Motion for Class Certification and Discovery