1  Ira Spiro - State Bar No. 67641
   Spiro Moss LLP
2  11377 W. Olympic Boulevard, 5th Floor
   Los Angeles, California 90064-1683
3  Tel. (310) 235-2468, Fax (310) 235-2456
   ira@spiromoss.com

4
   Richard J. (Rex) Burch
5        pro hac vice application pending
   Bruckner Burch PLLC
6  1415 Louisiana Street, Suite 2125
   Houston, Texas 77002
7  Tel. (713)877-8788,
   burch@brucknerburch.com,

8
   Attorneys for Plaintiff WILLIAM A. GEORGE
9

10        **UNITED STATES DISTRICT COURT**

11        **CENTRAL DISTRICT OF CALIFORNIA**

12  WILLIAM A. GEORGE, individually      )   Case  SACV09-835 JVS (MSGx)
    and on behalf of other persons similarly )
13  situated,                            )   Assigned to Hon. James V. Selna
                                         )
                    Plaintiffs,          )   CLASS ACTION
14                                       )
                                         )   **ORDER FOR EXTENSION OF
15        vs.                            )   TIME FOR FILING MOTION
                                         )   FOR CLASS CERTIFICATION
16                                       )   AND FOR DISCOVERY**
                                         )
17  TRS STAFFING SOLUTIONS, INC;         )
    and DOES 1 through 50,               )
18                                       )
                    Defendants.          )
19  _____    )

20

21

22

23

24

25

26

27

28

_____1_____
[proposed] Order for Extension of Time for Filing Motion for Class Cert. & for Discovery

## **ORDER**

Upon the stipulation of the parties and the declaration of Ira Spiro in support of the requested order, and good cause appearing

BOTH OF THE FOLLOWING ARE HEREBY ORDERED:

1.     The last day for filing a motion for certification, which presently is March 31, 2010 pursuant to the Court's order of September 21, 2009, is extended to August 2, 2010.

2.     The discovery cutoff, presently July 19. 2010, is extended to September 15, 2010.

Dated: March 8, 2010

_____
                JAMES V. SELNA
                United States District Judge

_____2_____
[proposed] Order for Extension of Time for Filing Motion for Class Cert. & for Discovery