Ira Spiro - State Bar No. 67641
Spiro Moss LLP
11377 W. Olympic Boulevard, 5th Floor
Los Angeles, California 90064-1683
Tel. (310) 235-2468, Fax (310) 235-2456
ira@spiromoss.com

Richard J. (Rex) Burch
Bruckner Burch PLLC
1415 Louisiana Street, Suite 2125
Houston, Texas 77002
Tel. (713)877-8788,
burch@brucknerburch.com,

Attorneys for Plaintiff WILLIAM A. GEORGE

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. GEORGE, individually and on behalf of other persons similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>TRS STAFFING SOLUTIONS, INC; and DOES 1 through 50,<br><br>　　　　　　Defendants. | Case  SACV09-835 JVS (MSGx)<br><br>Assigned to Hon. James V. Selna<br><br>CLASS ACTION<br><br>**FINAL JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AWARDING ATTORNEYS' FEES, ETC.**<br><br>Hearing Date: January 31, 2011<br>Time:　　　　1:30<br>Courtroom　　10C |

# FINAL JUDGMENT ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Final approval of the settlement is granted on the terms of the Settlement Agreement filed herewith. The Court finds that the settlement is fair, reasonable and adequate under Rule 23(e) of the Federal Rules of Civil Procedure, including the amounts to be paid to the class members and the amount to be paid to the Labor and Workforce Development Agency.

2. The Court finds that the notice procedures followed by the Settlement Administrator afforded adequate protections to class members and provide the Court with basis for making an informed decision regarding approval of the Settlement based on the responses of class members.

3. The Court finds, as a final matter, that the settlement classes described in the Settlement Agreement meet all of the legal requirements for class certification, and certifies the Settlement Class for settlement purposes.

4. The Court finds that all class members who did not timely opt out of the class and this settlement are bound by the settlement and are permanently barred from prosecuting any of the claims released in the Settlement Agreement, and that all class members who have not opted out have waived their right to appeal.

5. The Court directs the Settlement Administrator to pay settlement shares to participating class members in accordance with the Settlement Agreement.

6. The Court directs the Settlement Administrator to pay to the California Labor and Workforce Development Agency in accordance with the Settlement Agreement;

7. The Court approves payment to the Settlement Administrator in the amount of $11,500.

8. The Court awards and approves payment to class representative William A. George of $2500 for his services and risk in serving as class representative, and payment to him of $5000 for his general release of defendant and his agreement not to be re-employed by defendant and certain related companies;

9. Class Counsel Spiro Moss LLP and Bruckner Burch PLLC are jointly awarded attorneys' fees of $243,225 and expense reimbursement of $6,775.

10. The Court directs the Settlement Administrator, upon completion of administration of the Settlement, to provide written certification of the completion to the Court.

11. The Court dismisses the action with prejudice, with each side to bear its own costs and attorneys' fees except as ordered in the Court's order on plaintiff's separate motion for award of attorneys' fees and expense reimbursement. However, without affecting the finality of the judgment, the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of the Settlement and the order granting final approval of the Settlement.

Dated: March 9, 2011

_____
JAMES V. SELNA
United States District Judge